**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Morphis,<br><br>        Petitioner,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>        Respondents. | No. CV-23-02589-PHX-KML<br><br>**ORDER** |

      On August 27, 2024, Magistrate Judge Deborah M. Fine issued a Report and Recommendation ("R&R") recommending petitioner James Morphis's motion for leave to amend his petition for writ of habeas corpus be denied as untimely and futile. (Doc. 27.) On August 28, 2024, Magistrate Judge Fine issued a second R&R recommending Morphis's petition for writ of habeas corpus be denied. (Doc. 28.) Morphis is represented by counsel, but no objections were filed to either R&R. Therefore, the R&Rs will be adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

      Accordingly,

      **IT IS ORDERED** the Report and Recommendation (Doc. 27) is **ADOPTED**. The motion for leave to amend the petition for writ of habeas corpus (Doc. 17) is **DENIED**.

      **IT IS FURTHER ORDERED** the Report and Recommendation (Doc. 28) is **ADOPTED**. The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk of

Court shall enter a judgment of dismissal with prejudice.

**IT IS FURTHER ORDERED** a Certificate of Appealability is **DENIED** because Morphis has not made a substantial showing of the denial of a constitutional right.

Dated this 18th day of September, 2024.

_____
Honorable Krissa M. Lanham
United States District Judge

- 2 -